**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JOSE LUCIANO VARGAS BARAHONA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2064-R** |
| | ) | |
| **FRED FIGUEROA, et al.,** | ) | |
| | ) | |
| **Respondents.** | | |

**ORDER**

Petitioner, a noncitizen, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging his detention by U.S. Immigration and Customs Enforcement. Before the Court is the Report and Recommendation of United States Magistrate Judge Amanda L. Maxfield [Doc. No. 8]. Judge Maxfield recommends that Petitioner's request for habeas relief be denied because he has already received a bond hearing under 8 U.S.C. § 1226(a). She additionally recommends that Petitioner's remaining claims, which are premised on allegedly inadequate medical or psychiatric care at the detention facility, be dismissed because they are not cognizable in habeas. Petitioner filed an Objection [Doc. No. 9] and Reply [Doc. No. 10], which obligates the Court to undertake a de novo review of those portions of the Report to which a specific objection is made. 28 U.S.C. § 636(b)(1); Fed R. Civ. P. 72(b)(3).

First, Petitioner re-urges his argument that he is not receiving appropriate medical and psychiatric care. However, the Court agrees with the Report that these conditions of confinement claims are more properly asserted via a civil rights action under 42 U.S.C. § 1983.

Second, Petitioner argues that his ongoing detention does not comply with applicable statutes or due process. But again, the Court agrees with the Report that Petitioner's detention is governed by 8 U.S.C. §1226(a), which entitles him to a bond hearing. Petitioner has received a bond hearing and has not established that he is entitled to any additional relief. *See Santillan Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026).

Accordingly, after conducting de novo review, the Report and Recommendation [Doc. No. 8] is ADOPTED. The Petition for Writ of Habeas Corpus is DENIED in part, and the remaining claims are dismissed without prejudice.

IT IS SO ORDERED this 24th day of November, 2026.

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**